1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  ADAM SORRELLS, SBN 160226
   LAW OFFICES OF LYNN HUBBARD, III
3  12 Williamsburg Lane
   Chico, CA 95926
4  Telephone: (530) 895-3252
   Fax: (530) 894-8244
5
6  Attorneys for Plaintiff
   SHERIE WHITE

7  Martin Orlick, Esq.
   JEFFER MANGELS BUTLER & MARMARO LLP
8  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111-3824
9  Telephone: (415) 398-8080
   Facsimile: (415) 398-5584
10
11 Attorneys for Defendants
   SAVE MART SUPERMARKETS dba FOOD MAXX
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SHERIE WHITE, | Case No. CIV.S 03-2402 MCE CMK |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL and ORDER THEREON** |
| SAVE MART SUPERMARKETS dba FOOD MAXX | |
| Defendants. | |

   IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement between plaintiff, Sherie White, and defendant Save Mart Supermarkets dba Food Maxx, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

   The dismissal with prejudice shall dismiss the action in its entirety, save Plaintiff's application, for attorney's fees, litigation expenses, and costs.

- 1 -

1  The Court shall retain jurisdiction over all disputes among the parties arising out of
2  the Settlement Agreement including, but not limited to, Plaintiff's Motion for Attorney's Fees
3  and Costs.

4  Dated: August 17, 2005          LAW OFFICES OF LYNN HUBBARD

6     /s/ Lynn Hubbard, III
   LYNN HUBBARD, III
   Attorney for Plaintiff

8  Dated: August 17, 2005          JEFFER MANGELS BUTLER & MARMARO LLP

10     *Signature on File*
   Martin Orlick, Esq.
   Attorney for Defendants

12  ORDER ON STIPULATION FOR DISMISSAL

13  Having read the foregoing Stipulation, and good cause appearing therefore, the
14  Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice.
15  The Court shall retain jurisdiction over all disputes among the parties arising out of
16  the Settlement Agreement including, but not limited to, Plaintiff's Motion for Attorney's Fees
17  and Costs.
18  IT IS SO ORDERED.
19  Date: August 22, 2005

   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE